■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. RICHARD C. CARCURO, Appellant.— Appeal from an order, as amended, of the County Court, Schenectady County, entered September 7, 1971, denying, without a hearing, a motion for a writ of error *coram nobis* to vacate a judgment convicting appellant of grand larceny in the first degree upon a plea of guilty. Appellant has shown no basis for an appeal, and allegations that he was not advised of his right to appeal standing alone are not sufficient to require a hearing. (*People* v. *Saunders*, 28 N Y 2d 196; *People* v. *Ali*, 35 A D 2d 435.) We find no merit in his additional contentions and, accordingly, the order was properly denied. Order affirmed. Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.